UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SURETEC INSURANCE COMPANY, INC., a Texas corporation, | No. 2:08-cv-03036-MCE-JFM |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| NEW FAZE DEVELOPMENT, INC., A California corporation; NEW FAZE INVESTMENT FUND I, LLC, a California limited liability company; ALLEN W. WARREN, an individual; and GINA M. WARREN, an individual, | |
| Defendants. | |

----oo0oo----

Defendants have requested that the Court take judicial notice of a case pending in the Superior Court of California, County of Sacramento, entitled <u>A. Teichert & Son, Inc. d/b/a Teichert Construction, v. New Faze Builders, Inc., First Northern Bank of Dixon, and SureTec Insurance Company</u>, Case No. 34-2009-00031930, that they claim is related to the present action. Defendants have attached a copy of the complaint in said lawsuit to their judicial notice request.

1

1    Pursuant to Federal Rule of Evidence 201, the Court hereby
2 takes judicial notice of the existence of the above-entitled
3 case.  <u>See</u> <u>Mullis v. United States Bankr. Ct.</u>, 828 F.3d 1385,
4 1388 n.9 (9th Cir. 1987).
5    IT IS SO ORDERED.
6 Dated: February 17, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2