Robert C. Niesley, Bar No. 131373
rniesley@wthf.com
Jeffrey Robbins, Bar No. 213271
jrobbins@wthf.com
Watt, Tieder, Hoffar & Fitzgerald, L.L.P.
2040 Main Street, Suite 300
Irvine, CA 92614
Telephone: 949-852-6700
Facsimile: 949-261-0771

Attorneys for Plaintiff
SureTec Insurance Company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| SURETEC INSURANCE COMPANY, a Texas corporation,<br><br>Plaintiff,<br><br>v.<br><br>NEW FAZE DEVELOPMENT, INC., a California corporation; NEW FAZE INVESTMENT FUND I, LLC, a California limited liability company; ALLEN W. WARREN, an individual; and GINA M. WARREN, an individual,<br><br>Defendants. | Case No. 2:08-CV-03036-MCE-JFM<br><br>**ORDER RE STIPULATION CONTINUING THE HEARING DATE FOR PLAINTIFF'S APPLICATION FOR RIGHT TO ATTACH ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT AND EXTENDING TIME FOR FILING OF DEFENDANTS' OPPOSITION**<br><br>Date: March 5, 2009<br>Time: 2:00 p.m.<br>Judge: Morrison C. England, Jr. |

THE COURT IS IN RECEIPT OF THE STIPULATION CONTINUING THE HEARING DATE FOR PLAINTIFF'S APPLICATION FOR RIGHT TO ATTACH ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT AND EXTENDING TIME FOR FILING OF DEFENDANTS' OPPOSITION FILED BY THE PARTIES.

As set forth in the Stipulation Continuing The Hearing Date For Plaintiff's Application For Right To Attach Order For Issuance Of Writ Of Attachment And Extending Time For Filing Of Defendants' Opposition (the "STIPULATION")

WATT, TIEDER,
HOFFAR &
FITZGERALD, L.L.P.
ATTORNEYS AT LAW

[PROPOSED] ORDER 2:08-CV-03036-MCE-JFM

Plaintiff SURETEC INSURANCE COMPANY ("SURETEC") and Defendants NEW FAZE DEVELOPMENT, INC., NEW FAZE INVESTMENT FUND I, LLC, ALLEN W. WARREN, and GINA M. WARREN ("DEFENDANTS") the parties have stipulated as follows:

   1.   That the hearing date on SURETEC's Applications be continued from March 5, 2009 at 2:00 p.m. to March 26, 2009 at 2:00 p.m.; and

   2.   That DEFENDANTS other than Gina M. Warren may file any opposition to the Applications not later than close of business fourteen (14) calendar days preceding that hearing date selected, with electronic service made that same date.

   IT IS SO ORDERED.

DATED: February 25, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com