1  Robert C. Niesley, Bar No. 131373
   RNiesley@wthf.com
2  Jeffrey T. Robbins, Bar No. 213271
   JRobbins@wthf.com
3  Yanna J. Li, Bar No. 258330
   yli@wthf.com
4  Watt, Tieder, Hoffar & Fitzgerald, L.L.P.
   2040 Main Street, Suite 300
5  Irvine, CA  92614
   Telephone:  949-852-6700
6  Facsimile:   949-261-0771

7  Attorneys for Plaintiff
   SURETEC INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| SURETEC INSURANCE COMPANY, a Texas Corporation<br><br>Plaintiff,<br><br>v.<br><br>NEW FAZE DEVELOPMENT, INC., a California Corporation; NEW FAZE INVESTMENT FUND I, LLC, a California Limited Liability Company; ALLEN W. WARREN, an individual; and GINA M. WARREN, an individual,<br><br>Defendants. | Case No. 2:08-CV-03036-MCE-JFM<br><br>***SECOND* STIPULATION AND ORDER CONTINUING THE HEARING DATE FOR PLAINTIFF'S APPLICATION FOR RIGHT TO ATTACH ORDER AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT**<br><br>Hearing Information:<br><br>Date:  March 26, 2009<br>Time:  2:00 p.m.<br>Judge:  Morrison C. England, Jr. |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

IT IS HEREBY STIPULATED by and between plaintiff SureTec Insurance Company ("SURETEC") and defendants New Faze Development, Inc., New Faze Investment Fund I, LLC, Allen W. Warren, and Gina M. Warren (collectively "DEFENDANTS") (SURETEC and DEFENDANTS will hereafter be collectively known as the "PARTIES"), by and through their respective counsel of record, as follows:

PDF created with pdfFactory trial version www.pdffactory.com

1. SURETEC's applications for right to attach orders and orders for issuance of writs of attachment ("Applications") is presently scheduled for hearing on March 26, 2009 at 2:00 p.m. in the above-entitled court.

2. The PARTIES have recently entered into negotiations relating to SURETEC's allegations, including a mutually agreeable settlement.

3. The PARTIES would like to focus on reaching a mutually agreeable settlement rather than continue to incur fees and costs in preparing for the hearing date on SURETEC's Applications.

4. Based on the foregoing, the PARTIES have agreed, and request the court to order that the hearing date on SURETEC's Applications be continued from March 26, 2009 at 2:00 p.m. to April 16, 2009 at 2:00 p.m., or the first available date on the court's calendar after April 16, 2009.

**IT IS SO STIPULATED.**

Dated: March __, 2009       WATT, TIEDER, HOFFAR
                                               & FITZGERALD, L.L.P.

By:_____
   Jeffrey T. Robbins, Esq.
   Attorneys for Plaintiff
   SURETEC INSURANCE COMPANY

Dated: March __, 2009       KILPATRICK LAW OFFICES, P.C.

By:_____
   Terence Kilpatrick, Esq.
   Attorneys for Defendants

WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.
ATTORNEYS AT LAW

PDF created with pdfFactory trial version www.pdffactory.com

1
2
3   BASED ON THE FOREGOING STIPULATION, AND GOOD CAUSE
4   APPEARING THEREFORE, IT IS HEREBY ORDERED that this Stipulation And
5   [Proposed] Order continuing the hearing date of SURETEC's Applications from
6   March 26, 2009 at 2:00 p.m. to April 16, 2009 at 2:00 p.m., or the first available
7   date on the court's calendar after April 16, 2009, is GRANTED.
8   **IT IS SO ORDERED.**
9   Dated: March 19, 2009

10  _____
11  MORRISON C. ENGLAND, JR.
    UNITED STATES DISTRICT JUDGE
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PDF created with pdfFactory trial version www.pdffactory.com