Robert C. Niesley, Bar No. 131373
RNiesley@wthf.com
Jeffrey T. Robbins, Bar No. 213271
JRobbins@wthf.com
Yanna J. Li, Bar No. 258330
yli@wthf.com
Watt, Tieder, Hoffar & Fitzgerald, L.L.P.
2040 Main Street, Suite 300
Irvine, CA 92614
Telephone: 949-852-6700
Facsimile: 949-261-0771

Attorneys for Plaintiff
SURETEC INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SURETEC INSURANCE COMPANY, a Texas Corporation<br><br>Plaintiff,<br><br>v.<br><br>NEW FAZE DEVELOPMENT, INC., a California Corporation; NEW FAZE INVESTMENT FUND I, LLC, a California Limited Liability Company; ALLEN W. WARREN, an individual; and GINA M. WARREN, an individual,<br><br>Defendants. | Case No. 2:08-CV-03036-MCE-JFM<br><br>**STIPULATION AND ORDER TO TAKE THE HEARING DATE FOR PLAINTIFF'S APPLICATION FOR RIGHT TO ATTACH ORDER AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT OFF THE COURT'S CALENDAR**<br><br>Hearing Information:<br><br>Date: April 16, 2009<br>Time: 2:00 p.m.<br>Judge: Morrison C. England, Jr. |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

IT IS HEREBY STIPULATED by and between plaintiff SureTec Insurance Company ("SURETEC") and defendants New Faze Development, Inc., New Faze Investment Fund I, LLC, Allen W. Warren, and Gina M. Warren (collectively "DEFENDANTS") (SURETEC and DEFENDANTS will hereafter be collectively known as the "PARTIES"), by and through their respective counsel of record, as follows:

WATT, TIEDER,
HOFFAR &
FITZGERALD, L.L.P.
ATTORNEYS AT LAW

MEMORANDUM OF POINTS AND AUTHORITIES

PDF created with pdfFactory trial version www.pdffactory.com

1. SURETEC's applications for right to attach orders and orders for issuance of writs of attachment ("Applications") is presently scheduled for hearing on April 16, 2009 at 2:00 p.m. in the above-entitled court.

2. The PARTIES have commenced settlement negotiations relating to SURETEC's allegations against DEFENDANTS.

3. As part of their settlement efforts, the PARTIES have agreed, and request the court to order that the April 16, 2009 hearing date on SURETEC's Applications be taken off of the Court's calendar without prejudice.

**IT IS SO STIPULATED.**

Dated: April __, 2009        WATT, TIEDER, HOFFAR
                                                                   & FITZGERALD, L.L.P.

By:  /s/ Yanna J. Li_____
Jeffrey T. Robbins, Esq.
Yanna J. Li, Esq.
Attorneys for Plaintiff
SURETEC INSURANCE COMPANY

Dated: April __, 2009        KILPATRICK LAW OFFICES, P.C.

By:  /s/ Terence Kilpatrick____
Terence Kilpatrick, Esq.
Attorney for Defendants

BASED ON THE FOREGOING STIPULATION, AND GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that SURETEC'S Applications (Docket Nos. 14-17) are DENIED without prejudice and the April 16, 2009, hearing date is hereby vacated.

**IT IS SO ORDERED.**

Dated: April 14, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com