1 | **Terence Kilpatrick [CSB 119419]**
**KILPATRICK LAW OFFICES**
2 | **A Professional Corporation**
**1825 Del Paso Boulevard**
3 | **Sacramento, California 95815**
**(916) 929-6402   Phone**
4 | **(916) 929-0158   Fax**
**tkilpatrick@newfaze.com**

Attorney for Defendants
NEW FAZE DEVELOPMENT, INC.
NEW FAZE INVESTMENT FUND I, LLC
ALLEN W. WARREN and GINA M. WARREN

— o0o —

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

— o0o —

| | |
|---|---|
| SURETEC INSURANCE COMPANY, INC., etc., | Case Number 2:08-CV-03036-MCE-JFM |
| Plaintiff, | **ORDER ON STIPULATION CONTINUING THE DATE OF HEARING FOR PLAINTIFF'S APPLICATION FOR RIGHT TO ATTACH ORDER AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT AND EXTENDING TIME FOR FILING OF DEFENDANTS' OPPOSITION** |
| vs. | [L.R., Rule 6-144] |
| NEW FAZE DEVELOPMENT, INC., etc., et al., | Date:       August 13, 2009 |
| | Time:       2:00 p.m. |
| | Courtroom:  7 |
| Defendants. | Judge:       Hon. Morrison C. England |

— o0o —

The Court has received, and hereby accepts, the Stipulation by and between plaintiff, SURETEC INSURANCE COMPANY, INC. ("*SureTec*"), and defendants NEW FAZE DEVELOPMENT, INC., NEW FAZE INVESTMENT FUND I, LLC, ALLEN W. WARREN and GINA M. WARREN ("*Defendants*") (together, the "*Parties*"), by and through their respective attorneys of record, for continuance of the date of hearing of SureTec's applications for right to attach orders and orders for writs of attachment, filed June 18, 2009 (the "*Applications*").  Based on the Stipulation,

1  IT IS HEREBY ORDERED:

2  (a) That the hearing of the Applications be continued, pursuant to L.R. 6-144(a) and (d), from July 16, 2009, at 2:00 p.m., the present hearing date and time, to August 13, 2009, at 2:00 p.m., the new and continued hearing date and time; and

(b) that pursuant to Rule 78-230(c):

(1) Defendants be permitted to file opposition to the Applications not later than the date that is fourteen (14) calendar days preceding the August 13, 2009 hearing date; and

(2) The opposition shall be personally served on opposing counsel not less than fourteen (14) days preceding said hearing date (personal service) or mailed or electronic service not less than seventeen (17) days preceding said hearing date.

Dated: July 14, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE