UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SURETEC INSURANCE COMPANY, INC., a Texas corporation,<br><br>Plaintiff,<br><br>v.<br><br>NEW FAZE DEVELOPMENT, INC., A California corporation; NEW FAZE INVESTMENT FUND I, LLC, a California limited liability company; ALLEN W. WARREN, an individual; and GINA M. WARREN, an individual,<br><br>Defendants. | NO. 2:08-cv-3036-MCE-JFM<br><br><br><br>ORDER |

----oo0oo----

On June 18, 2009, Plaintiff filed the instant Motions for Right to Attach (Docket Nos. 34-37). While the Court is aware that the Applications comply with the statutorily prescribed mandates for property descriptions, for practical purposes, the Court is unable to entertain such a vague request.

///

///

1

1     Thus, Plaintiff is ordered to file supplements to its
2 current Applications describing the specific property it seeks to
3 attach.  If no such supplements are filed by 2:00 p.m. on
4 Wednesday, August 26, 2009, Plaintiff's Applications will be
5 denied, and the hearing currently scheduled for 2:00 p.m. on
6 Thursday, August 27, 2009, will be vacated.
7     IT IS SO ORDERED.

Dated: August 21, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2