1  Robert C. Niesley, Bar No. 131373
   rniesley@wthf.com
2  Jeffrey T. Robbins, Bar No. 213271
   jrobbins@wthf.com
3  Yanna J. Li, Bar No. 258330
   yli@wthf.com
4  Watt, Tieder, Hoffar & Fitzgerald, L.L.P.
   2040 Main Street, Suite 300
5  Irvine, CA  92614
   Telephone:  949-852-6700
6  Facsimile:   949-261-0771

7  Attorneys for Plaintiff
   SURETEC INSURANCE COMPANY
8

9              UNITED STATES DISTRICT COURT

10       EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

11

| SURETEC INSURANCE COMPANY,<br><br>             Plaintiff,<br><br>v.<br><br>NEW FAZE DEVELOPMENT, INC., a California corporation; NEW FAZE INVESTMENT FUND I, LLC, a California limited liability company; ALLEN W. WARREN, an individual; GINA M. WARREN, an individual; and FIRST NORTHERN BANK OF DIXON, a California corporation,<br><br>             Defendants. | Case No.  2:08-CV-03036-MCE-JFM<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT FIRST NORTHERN BANK OF DIXON FROM THE INSTANT ACTION**<br><br>[*Filed concurrently with Joint Request and (Proposed) Order To File A Stipulation and (Proposed) Order for Dismissal of Defendant First Northern Bank of Dixon from the Instant Action*]<br><br><br>Judge:  Morrison C. England, Jr.<br><br>Trial:  May 21, 2012 |
|---|---|

///

///

///

WATT, TIEDER,
HOFFAR &
FITZGERALD, L.L.P.
ATTORNEYS AT LAW

STIPULATION AND [PROPOSED] ORDER
FOR DISMISSAL OF FIRST NORTHERN BANK

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

IT IS HEREBY STIPULATED by and between Plaintiff SureTec Insurance Company ("SURETEC") and Defendant First Northern Bank of Dixon ("BANK"), by and through their respective counsel of record, as follows:

1. SURETEC and the BANK have reached a settlement agreement by and between the two of them only.

2. The settlement by and between SURETEC and BANK in no way affects SURETEC's claims against the remaining defendants New Faze Development, Inc., New Faze Investment Fund I, LLC, Allen W. Warren, and Gina M. Warren (collectively the "NEW FAZE DEFENDANTS").

3. Pursuant to this Court's July 12, 2010 Minute Orders, SURETEC, on July 22, 2010, circulated a stipulation and proposed order to dismiss the BANK, so that all parties may execute the pleading in accordance with Rule 41(a)(1) of the Federal Rules of Civil Procedure and Rule 143 of the Local Rules for the United States District Court, Eastern District of California.

4. SURETEC has made multiple requests to counsel for the NEW FAZE DEFENDANTS to execute the stipulation, but the NEW FAZE DEFENDANTS have not responded to any of SURETEC's requests. Specifically, SURETEC sent e-mail requests to the NEW FAZE DEFENDANTS' attorney on August 3, 2010, August 13, 2010, and August 20, 2010. SURETEC also sent a formal written letter request via e-mail and First Class U.S. Mail on August 25, 2010. Nonetheless, the NEW FAZE DEFENDANTS have not responded to any of SURETEC's inquiries.

5. In view of the settlement reached by and between SURETEC and SURETEC's good-faith attempts to obtain the signature of counsel for the NEW FAZE DEFENDANTS, it is agreed that the BANK should be dismissed with prejudice from the above-captioned action despite the absence of the signature of the NEW FAZE DEFENDANTS' attorney.

6. Nothing in this Stipulation shall prejudice, limit, remove, reduce, or

hinder any substantive and/or procedural rights otherwise possessed by SURETEC against the remaining defendants New Faze Development, Inc., New Faze Investment Fund I, LLC, Allen W. Warren, and Gina M. Warren.

**IT IS SO STIPULATED.**

Dated:  August 26, 2010                    WATT, TIEDER, HOFFAR
                                                              & FITZGERALD, L.L.P.

By: __/s/ Yanna J. Li_____
Robert C. Niesley, Esq.
Jeffrey T. Robbins, Esq.
Yanna J. Li, Esq.
Attorneys for Plaintiff
SURETEC INSURANCE COMPANY

Dated:  August 25, 2010                    CVM LAW GROUP, L.L.P.

By: __/s/ Robert D. Collins_____
Robert D. Collins, Esq.
Attorney for Defendants FIRST NORTHERN BANK OF DIXON

BASED ON THE FOREGOING STIPULATION, AND GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that Defendant First Northern Bank of Dixon is hereby dismissed as a party to this litigation.

**IT IS SO ORDERED.**

Dated:  September 2, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE BY MAIL**

I, Desiree Funsch, declare:

I am a citizen of the United States and employed in Orange County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 2040 Main Street, Suite 300, Irvine, California 92614. On September 2, 2010, I served a copy of the within document(s):

**STIPULATION AND [PROPOSED] ORDER FOR
DISMISSAL OF DEFENDANT
FIRST NORTHERN BANK OF DIXON
FROM THE INSTANT ACTION**

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Irvine, California addressed as set forth below.

☐ by transmitting via e-mail or electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

*See Attached Service List*

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on September 2, 2010, at Irvine, California.

/s/ Desiree Funsch
Desiree Funsch

**SERVICE LIST**

| | |
|---|---|
| Terence Kilpatrick, Esq.<br>Kilpatrick Law Offices, P.C.<br>1825 Del Paso Boulevard<br>Sacramento, CA 95815<br><br>Email: tkilpatrick@newfaze.com<br><br>*Attorneys for Defendants*<br><br>*New Faze Development, New Faze Investment Fund I, Allen Warren and Gina Warren* | Robert B. Collins, Esq.<br>Joseph D. O'Neil, Esq.<br>CVM Law Group, LLP<br>8795 Folsom Blvd., Ste 200<br>Sacramento, CA 95826<br><br>Email: bcollins@cvmlaw.com<br>        joneil@cvmlaw.com<br><br>*Attorneys for Defendant First Northern Bank of Dixon* |

IRVINE 158168.2 102594.005