Robert C. Niesley, Bar No. 131373
rniesley@wthf.com
Jeffrey T. Robbins, Bar No. 213271
jrobbins@wthf.com
Yanna J. Li, Bar No. 258330
yli@wthf.com
Watt, Tieder, Hoffar & Fitzgerald, L.L.P.
2040 Main Street, Suite 300
Irvine, CA  92614
Telephone:  949-852-6700
Facsimile:   949-261-0771

Attorneys for Plaintiff
SURETEC INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| SURETEC INSURANCE COMPANY,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>NEW FAZE DEVELOPMENT, INC., a California corporation; NEW FAZE INVESTMENT FUND I, LLC, a California limited liability company; ALLEN W. WARREN, an individual; GINA M. WARREN, an individual; and FIRST NORTHERN BANK OF DIXON, a California corporation,<br><br>　　　　　　Defendants. | Case No.  2:08-CV-03036-MCE-JFM<br><br>**JOINT REQUEST TO FILE A STIPULATION FOR DISMISSAL OF DEFENDANT FIRST NORTHERN BANK OF DIXON FROM THE INSTANT ACTION; ORDER**<br><br>[*Filed concurrently with Stipulation and (Proposed) Order for Dismissal of Defendant First Northern Bank of Dixon from the Instant Action*]<br><br><br>Judge:  Morrison C. England, Jr.<br><br>Trial:  May 21, 2012 |

///

///

///

///

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

IT IS HEREBY REQUESTED by Plaintiff SureTec Insurance Company ("SURETEC") and Defendant First Northern Bank of Dixon ("BANK"), by and through their respective attorneys of record, as follows:

That the Court permit SURETEC and the BANK to file a partially signed Stipulation and Proposed Order Dismissing the BANK From the Instant Action without obtaining the signature of counsel for Defendants New Faze Development, Inc., New Faze Investment Fund I, LLC, Allen W. Warren, and Gina M. Warren (collectively, "NEW FAZE DEFENDANTS").

SURETEC's and the BANK's request is based on the following:

1. Pursuant to this Court's Minute Orders dated July 12, 2010, SURETEC prepared a stipulation and proposed order for the dismissal of the BANK from the instant action. The stipulation and proposed order was to be filed with the Court on or before August 26, 2010.

2. In accordance with Rule 41(a)(1) of the Federal Rules of Civil Procedure, SURETEC, on July 22, 2010, circulated the stipulation to counsel for the BANK and counsel for Defendants for their respective signatures.

3. Counsel for the NEW FAZE DEFENDANTS confirmed via a July 23, 2010 e-mail that he had received the stipulation and proposed order, but to date, SURETEC has not received a signed copy of the stipulation from the NEW FAZE DEFENDANTS.

4. SURETEC has made multiple requests to counsel for the NEW FAZE DEFENDANTS to execute the stipulation, so that SURETEC may comply with this Court's July 12, 2010 Minute Orders. Specifically, SURETEC sent e-mail requests to the NEW FAZE DEFENDANTS' attorney on August 3, 2010, August 13, 2010, and August 20, 2010. SURETEC also sent a formal written letter request via e-mail and First Class U.S. Mail on August 25, 2010. Nonetheless, the NEW FAZE

DEFENDANTS have not responded to any of SURETEC's inquiries.

5. The NEW FAZE DEFENDANTS do not have any cross-claims or causes of action pending against the BANK.

Dated: August 26, 2010                    WATT, TIEDER, HOFFAR
                                          & FITZGERALD, L.L.P.

                                          By: __/s/ Yanna J. Li_____
                                          Robert C. Niesley, Esq.
                                          Jeffrey T. Robbins, Esq.
                                          Yanna J. Li, Esq.
                                          Attorneys for Plaintiff
                                          SURETEC INSURANCE COMPANY

Dated: August 25, 2010                    CVM LAW GROUP, L.L.P.

                                          By: __/s/ Robert D. Collins_____
                                          Robert D. Collins, Esq.
                                          Attorney for Defendants FIRST
                                          NORTHERN BANK OF DIXON

BASED ON THE FOREGOING JOINT REQUEST, AND GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that SURETEC'S and the BANK's Joint Request To File A Stipulation For Dismissal Of Defendant First Northern Bank of Dixon From The Instant Action is GRANTED.

**IT IS SO ORDERED.**

Dated: September 2, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

WATT, TIEDER,
HOFFAR &
FITZGERALD, L.L.P.
ATTORNEYS AT LAW

- 3 -

JOINT REQUEST AND [PROPOSED] ORDER
TO FILE STIPULATION FOR DISMISSAL OF
FIRST NORTHERN BANK

## PROOF OF SERVICE BY MAIL

I, Desiree Funsch, declare:

I am a citizen of the United States and employed in Orange County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 2040 Main Street, Suite 300, Irvine, California 92614. On September 2, 2010, I served a copy of the within document(s):

**JOINT REQUEST AND [PROPOSED] ORDER
TO FILE A STIPULATION FOR DISMISSAL
OF DEFENDANT FIRST NORTHERN BANK OF
DIXON FROM THE INSTANT ACTION**

- ☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Irvine, California addressed as set forth below.

- ☐ by transmitting via e-mail or electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

*See Attached Service List*

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on September 2, 2010, at Irvine, California.

/s/ Desiree Funsch
Desiree Funsch

## SERVICE LIST

Terence Kilpatrick, Esq.
Kilpatrick Law Offices, P.C.
1825 Del Paso Boulevard
Sacramento, CA 95815

Email: tkilpatrick@newfaze.com

*Attorneys for Defendants*

*New Faze Development, New Faze Investment Fund I, Allen Warren and Gina Warren*

Robert B. Collins, Esq.
Joseph D. O'Neil, Esq.
CVM Law Group, LLP
8795 Folsom Blvd., Ste 200
Sacramento, CA 95826

Email: bcollins@cvmlaw.com
joneil@cvmlaw.com

*Attorneys for Defendant First Northern Bank of Dixon*

IRVINE 159170.1 102594.005