UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SURETEC INSURANCE COMPANY,   No. 2:08-cv-03036-MCE-JFM

      Plaintiff,

  v.   ORDER CONTINUING TRIAL

NEW FAZE DEVELOPMENT, INC., et al.,

      Defendants.
_____/

    YOU ARE HEREBY NOTIFIED the May 21, 2012 jury trial is vacated and continued to **June 11, 2012**, at **9:00 a.m.** in Courtroom 7.  The parties shall file trial briefs not later than **April 5, 2012.**  Counsel are directed to Local Rule 285 regarding the content of trial briefs.

    Accordingly, the March 22, 2012 Final Pretrial Conference is vacated and continued to **April 26, 2012,** at **2:00 p.m.** in Courtroom 7.  The Joint Final Pretrial Statement is due not later than **March 29, 2012** and shall comply with the procedures outlined in the Court's November 4, 2009 Pretrial Scheduling Order.  The

///

///

1

personal appearances of the trial attorneys or person(s) in pro se is mandatory for the Final Pretrial Conference.  Telephonic appearances for this hearing are not permitted.

Any evidentiary or procedural motions are to be filed by **March 29, 2012**.  Oppositions must be filed by **April 5, 2012** and any reply must be filed by **April 12, 2012**.  The motions will be heard by the Court at the same time as the Final Pretrial Conference.

IT IS SO ORDERED.

Dated: October 26, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE