UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SURETEC INSURANCE COMPANY,   No. 2:08-cv-03036-MCE-JFM

      Plaintiff,

  v.   ORDER CONTINUING TRIAL

NEW FAZE DEVELOPMENT, INC.,
et al.,

      Defendants.
_____/

    YOU ARE HEREBY NOTIFIED the May 21, 2012 jury trial is vacated and continued to **June 11, 2012**, at **9:00 a.m.** in Courtroom 7.  The parties shall file trial briefs not later than **April 5, 2012.**  Counsel are directed to Local Rule 285 regarding the content of trial briefs.

    Accordingly, the March 22, 2012 Final Pretrial Conference is vacated and continued to **April 26, 2012,** at **2:00 p.m.** in Courtroom 7.  The Joint Final Pretrial Statement is due not later than **March 29, 2012** and shall comply with the procedures outlined in the Court's November 4, 2009 Pretrial Scheduling Order.  The

///

///

1

1 personal appearances of the trial attorneys or person(s) in pro
2 se is mandatory for the Final Pretrial Conference.  Telephonic
3 appearances for this hearing are not permitted.
4     Any evidentiary or procedural motions are to be filed by
5 **March 29, 2012**.  Oppositions must be filed by **April 5, 2012** and
6 any reply must be filed by **April 12, 2012**.  The motions will be
7 heard by the Court at the same time as the Final Pretrial
8 Conference.
9     IT IS SO ORDERED.

Dated: October 26, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE