1  Robert C. Niesley, Bar No. 131373
   rniesley@wthf.com
2  Jeffrey T. Robbins, Bar No. 213271
   jrobbins@wthf.com
3  Yanna J. Li, Bar No. 258330
   yli@wthf.com
4  Watt, Tieder, Hoffar & Fitzgerald, L.L.P.
   2040 Main Street, Suite 300
5  Irvine, CA  92614
   Telephone:  949-852-6700
6  Facsimile:   949-261-0771

7  Attorneys for Plaintiff
   SURETEC INSURANCE COMPANY
8

9              UNITED STATES DISTRICT COURT

10           EASTERN DISTRICT OF CALIFORNIA

11

12 SURETEC INSURANCE              Case No.  2:08-CV-03036-MCE-JFM
   COMPANY, a Texas corporation
13                                **STIPULATION AND ORDER**
                 Plaintiff,       **EXTENDING DEADLINE FOR**
14                                **HEARING MOTIONS**
   v.
15
   NEW FAZE DEVELOPMENT,
16 INC., a California corporation; NEW
   FAZE INVESTMENT FUND I,
17 LLC, a California limited liability
   company; ALLEN W. WARREN, an
18 individual; GINA M. WARREN, an
   individual,
19
                 Defendants.
20

21      TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

22      IT IS HEREBY STIPULATED by and between Plaintiff SureTec Insurance

23 Company ("SURETEC") and Defendants New Faze Development, Inc., New Faze

24 Investment Fund I, LLC, Allen W. Warren, and Gina M. Warren (collectively

25 "DEFENDANTS") (SURETEC and DEFENDANTS will hereafter be collectively

26 known as the "PARTIES"), by and through their respective counsel of record, as

27 follows:

28

WATT, TIEDER,
HOFFAR &
FITZGERALD, L.L.P.
ATTORNEYS AT LAW

WHEREAS, the PARTIES are presently engaged in settlement discussions that both sides reasonably believe will lead to an agreement that resolves the above-captioned case in full;

WHEREAS, the deadline for hearing motions in the above-captioned case is presently scheduled for November 17, 2011;

WHEREAS, the PARTIES desire to make the most judicious use of time, money and resources and accordingly would like additional time to complete settlement negotiations without SURETEC having to spend additional time and money on a motion that may prove unnecessary in light of ongoing settlement discussions;

WHEREAS, counsel for DEFENDANTS has been heavily engaged in the preparation of an appellate brief on another unrelated case that has prevented the PARTIES from completing their settlement negotiations and the drafting of a settlement agreement prior to the presently-scheduled motion cut-off date of November 17, 2011;

ACCORDINGLY, in light of the above recitals, the PARTIES stipulate and agree to extend the deadline for hearing motions by 90 days in order to give the ongoing settlement discussions a chance to run their course.  As such, the PARTIES stipulate and agree that the deadline for hearing motions shall be extended until February 15, 2012.

**IT IS SO STIPULATED.**

Dated:  November 14, 2011                    WATT, TIEDER, HOFFAR
                                                                    & FITZGERALD, L.L.P.


                                                            By: _____/S/_____
                                                            Jeffrey T. Robbins, Esq.
                                                            Attorneys for Plaintiff
                                                            SURETEC INSURANCE
                                                            COMPANY

Watt, Tieder,
Hoffar &
Fitzgerald, L.L.P.
Attorneys At Law

- 2 -

STIP AND ORDER EXTENDING DEADLINE
FOR HEARING MTNS
2:08-CV-03036-MCE-JFM

Dated:  November 14, 2011                    KILPATRICK LAW OFFICES, P.C.

By: ____/S/_____
                              Terence Kilpatrick, Esq.
                              Attorneys for Defendants

    Based on the stipulation recited hereinabove by the PARTIES, the deadline to hear motions in the above-captioned case is hereby extended from November 17, 2011, to February 15, 2012.

    IT IS SO ORDERED, DECREED AND ADJUDGED.

Dated:  November 30, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

WATT, TIEDER,
HOFFAR &
FITZGERALD, L.L.P.
ATTORNEYS AT LAW

STIP AND ORDER EXTENDING DEADLINE
FOR HEARING MTNS
2:08-CV-03036-MCE-JFM