Robert C. Niesley, Bar No. 131373
rniesley@wthf.com
Jeffrey T. Robbins, Bar No. 213271
jrobbins@wthf.com
Yanna J. Li, Bar No. 258330
yli@wthf.com
Watt, Tieder, Hoffar & Fitzgerald, L.L.P.
2040 Main Street, Suite 300
Irvine, CA  92614
Telephone:   949-852-6700
Facsimile:    949-261-0771

Attorneys for Plaintiff
SURETEC INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SURETEC INSURANCE COMPANY, a Texas corporation<br><br>Plaintiff,<br><br>v.<br><br>NEW FAZE DEVELOPMENT, INC., a California corporation; NEW FAZE INVESTMENT FUND I, LLC, a California limited liability company; ALLEN W. WARREN, an individual; GINA M. WARREN, an individual,<br><br>Defendants. | Case No.  2:08-CV-03036-MCE-JFM<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE FOR HEARING MOTIONS** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

IT IS HEREBY STIPULATED by and between Plaintiff SureTec Insurance Company ("SURETEC") and Defendants New Faze Development, Inc., New Faze Investment Fund I, LLC, Allen W. Warren, and Gina M. Warren (collectively "DEFENDANTS") (SURETEC and DEFENDANTS will hereafter be collectively known as the "PARTIES"), by and through their respective counsel of record, as follows:

WATT, TIEDER,
HOFFAR &
FITZGERALD, L.L.P.
ATTORNEYS AT LAW

STIP AND ORDER EXTENDING DEADLINE
FOR HEARING MTNS
2:08-CV-03036-MCE-JFM

WHEREAS, the PARTIES are presently engaged in settlement discussions that both sides reasonably believe will lead to an agreement that resolves the above-captioned case in full;

WHEREAS, the deadline for hearing motions in the above-captioned case is presently scheduled for November 17, 2011;

WHEREAS, the PARTIES desire to make the most judicious use of time, money and resources and accordingly would like additional time to complete settlement negotiations without SURETEC having to spend additional time and money on a motion that may prove unnecessary in light of ongoing settlement discussions;

WHEREAS, counsel for DEFENDANTS has been heavily engaged in the preparation of an appellate brief on another unrelated case that has prevented the PARTIES from completing their settlement negotiations and the drafting of a settlement agreement prior to the presently-scheduled motion cut-off date of November 17, 2011;

ACCORDINGLY, in light of the above recitals, the PARTIES stipulate and agree to extend the deadline for hearing motions by 90 days in order to give the ongoing settlement discussions a chance to run their course.  As such, the PARTIES stipulate and agree that the deadline for hearing motions shall be extended until February 15, 2012.

**IT IS SO STIPULATED.**

Dated:  November 14, 2011          WATT, TIEDER, HOFFAR
                                                    & FITZGERALD, L.L.P.

By: _____/S/_____
Jeffrey T. Robbins, Esq.
Attorneys for Plaintiff
SURETEC INSURANCE COMPANY

1

2   Dated: November 14, 2011                KILPATRICK LAW OFFICES, P.C.

3
                                            By: ____/S/_____
4                                               Terence Kilpatrick, Esq.
                                                Attorneys for Defendants
5

6       Based on the stipulation recited hereinabove by the PARTIES, the deadline

7   to hear motions in the above-captioned case is hereby extended from November 17,

8   2011, to February 15, 2012.

9

10      IT IS SO ORDERED, DECREED AND ADJUDGED.

11

12  Dated: November 30, 2011

13                                          _____
14                                          MORRISON C. ENGLAND, JR
                                            UNITED STATES DISTRICT JUDGE
15

WATT, TIEDER,
HOFFAR &
FITZGERALD, L.L.P.
ATTORNEYS AT LAW

- 3 -

STIP AND ORDER EXTENDING DEADLINE
FOR HEARING MTNS
2:08-CV-03036-MCE-JFM