Robert C. Niesley, Bar No. 131373
rniesley@wthf.com
Jeffrey T. Robbins, Bar No. 213271
jrobbins@wthf.com
Yanna J. Li, Bar No. 258330
yli@wthf.com
Watt, Tieder, Hoffar & Fitzgerald, L.L.P.
2040 Main Street, Suite 300
Irvine, CA  92614
Telephone:   949-852-6700
Facsimile:    949-261-0771

Attorneys for Plaintiff
SURETEC INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| SURETEC INSURANCE COMPANY, a Texas corporation<br><br>Plaintiff,<br><br>v.<br><br>NEW FAZE DEVELOPMENT, INC., a California corporation; NEW FAZE INVESTMENT FUND I, LLC, a California limited liability company; ALLEN W. WARREN, an individual; GINA M. WARREN, an individual,<br><br>Defendants. | Case No.  2:08-CV-03036-MCE-JFM<br><br>**ORDER RE: JOINT STIPULATION TO CONTINUE TRIAL DATE AND TRIAL RELATED DEADLINES**<br><br>**[Filed Concurrently With Joint Stipulation]**<br><br>**Trial Date: June 11, 2012<br>Judge:       Morrison C. England, Jr.<br>Dept.:        7<br>Time:        9:00 a.m.** |

1  PURSUANT TO THE STIPULATION FILED CONCURRENTLY
2  HEREWITH, AND GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY
3  ORDERED that the trial date and all related pre-trial deadlines as provided in this
4  Court's Order for the instant action be continued for approximately six (6) months.
5  The December 11, 2012 trial date proposed by the parties is unavailable; the new
6  trial date shall be February 25, 2013 at 9:00 a.m.  The Final Pretrial Conference is
7  now set for December 13, 2012 at 2:00 p.m.  The Joint Final Pretrial Statement is
8  due not later than November 21, 2012.  Trial briefs are due on November 29, 2012.
9  Any evidentiary or procedural motions are to be filed by November 21, 2012.
10 Oppositions are due by November 29, 2012, and any reply is due by December 6,
11 2012.

Dated:  February 13, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE