Robert C. Niesley, Bar No. 131373
rniesley@wthf.com
Jeffrey T. Robbins, Bar No. 213271
jrobbins@wthf.com
Watt, Tieder, Hoffar & Fitzgerald, L.L.P.
2040 Main Street, Suite 300
Irvine, CA  92614
Telephone:   949-852-6700
Facsimile:    949-261-0771

Attorneys for Plaintiff
SURETEC INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| SURETEC INSURANCE COMPANY, a Texas corporation<br><br>Plaintiff,<br><br>v.<br><br>NEW FAZE DEVELOPMENT, INC., a California corporation; NEW FAZE INVESTMENT FUND I, LLC, a California limited liability company; ALLEN W. WARREN, an individual; GINA M. WARREN, an individual,<br><br>Defendants. | Case No.  2:08-CV-03036-MCE-JFM<br><br>**STIPULATION TO DISMISS ENTIRE ACTION WITHOUT PREJUDICE; ORDER**<br><br>Trial Date: February 25, 2013<br>Judge:      Morrison C. England, Jr.<br>Dept.        7<br>Time:        9:00 a.m. |

Plaintiff SURETEC INSURANCE COMPANY, and its counsel, and Defendants, NEW FAZE DEVELOPMENT, INC., NEW FAZE INVESTMENT FUND I, LLC, ALLEN W. WARREN and GINA M. WARREN, have reached a settlement of the above-caption case, which is set forth in a written Settlement Agreement and Release, dated October 5, 2012.

## STIPULATION

Based on the terms of the Settlement Agreement, the Parties hereby stipulate as follows:

1. That this action be dismissed in full, without prejudice, as to all parties and all causes of action;

2. Facsimile reproductions of original signatures of the Stipulation shall be accepted and considered binding hereto; and

3. Each party to bear its own fees and costs.

Dated: November 30, 2012     Watt, Tieder, Hoffar & Fitzgerald, L.L.P.

By: _____
    Robert C. Niesley
    Jeffrey T. Robbins
    Attorneys for Plaintiff
    SURETEC INSURANCE COMPANY

Dated: November 30, 2012     NEW FAZE DEVELOPMENT, INC.

By: _____
    Allen W. Warren
    Its President

Dated: November 30, 2012     NEW FAZE INVESTMENT FUND I, LLC.

By: _____
    Allen W. Warren
    Its Manager

Dated: November 30, 2012     ALLEN W. WARREN, individually

_____

Dated: November 30, 2012     GINA M. WARREN, individually

///

///

///

_____

# ORDER

THE COURT IS IN RECEIPT OF THE STIPULATION TO DISMISS ENTIRE ACTION WITHOUT PREJUDICE FILED BY THE PARTIES.

As set forth in the Stipulation To Dismiss Entire Action Without Prejudice (the "Stipulation"), Plaintiff SURETEC INSURANCE COMPANY, and its counsel, and Defendants, NEW FAZE DEVELOPMENT, INC., NEW FAZE INVESTMENT FUND I, LLC, ALLEN W. WARREN and GINA M. WARREN, have entered into a Settlement Agreement and Release in settlement of their disputes.

Based upon the representations of the parties that they have settled their disputes and their stipulations as set forth in the Stipulation, it is hereby ordered, adjudged and decreed that the court **approves** the Stipulation:

1. That this action be dismissed in full, without prejudice, as to all parties and all causes of action;

2. The Clerk of the Court shall enter in the Court's records that this action is dismissed in full without prejudice; and

3. Each party is to bear its own fees and costs.

IT IS SO ORDERED.

Dated: November 30, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE